UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL EVANS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 23-4987 |
| | * | |
| MORAN TOWING CORPORATION | * | JUDGE WENDY B. VITTER |
| | * | |
| | * | MAG DONNA PHILLIPS CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

On motion of the parties herein, through their undersigned attorneys, and upon suggesting to the Court that all of the matters which are subject of the Complaint and any Amending Complaint or supplemental pleadings involving all parties herein have been fully settled, satisfied and compromised and that same should be dismissed, with prejudice, as of compromise, with each party bearing its own costs.

*/s/  Jay Christopher Zainey, Jr.*
**JAY CHRISTOPHER ZAINEY, JR. (#32022)**
**LAMBERT ZAINEY SMITH AND SOSO, PLC**
701 Magazine St.
New Orleans, LA 70130
Telephone: 504-581-1750
Email: czainey@lambertzainey.com

AND

1

*/s/ Richard J. Fernandez*
**RICHARD J. FERNANDEZ, (#05532)**
**AMBER E. CISNEY, (#28821)**
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 834-8500
Facsimile: (504) 834-1511
E-mail: rick@rjfernandezlaw.com
E-mail: amber@rjfernandezlaw.com

*Counsel for Michael Evans*

*/s/ James A. Crouch, Jr.*
**JASON R. KENNEY** (#29933)
**JAMES A. CROUCH, JR., T.A.** (#35729)
**MICHAEL W. MALDONADO** (#39266)
STAINES, EPPLING & KENNEY
3500 North Causeway Boulevard, Suite 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Email:  james@seklaw.com
*Counsel for Defendant, Moran Towing Corp*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

This 28th day of January, 2025.

*/s/ James A. Crouch, Jr.*